**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Alexander Hodorovych

                        Plaintiff,

v.                                                 Case No.: 1:22−cv−03415
                                                       Honorable Sharon Johnson Coleman

Dollar General Corporation

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 24, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's joint motion to adjourn status hearing [29] is granted. Status hearing set for 1/27/2023 is stricken. Defendant's motion to dismiss [23] is fully briefed, the Court takes the matter under advisement. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.